*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 7, 2014                    517987
_____

In the Matter of NIKKO VAUGHN,
                    Petitioner,

     v

NEW YORK STATE DEPARTMENT OF              MEMORANDUM AND JUDGMENT
    CORRECTIONS AND COMMUNITY
    SUPERVISION et al.,
                    Respondents.
_____

Calendar Date:   June 9, 2014

Before:   Peters, P.J., Stein, McCarthy, Garry and Clark, JJ.

_____

        Nikko Vaughn, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Ulster County) to
review a determination of respondent Superintendent of Eastern
Correctional Facility which found petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Stein, McCarthy, Garry and Clark, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court